**Exhibit A to the Complaint**

**Location:** Queens, NY  **IP Address:** 100.38.96.77
**Total Works Infringed:** 53  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 98FC57A17C8BA587A11437F1344635581984DFF3<br>File Hash:<br>12C882B158BC2F592230B549DF276E32D1409D08DD5AA3911228C81B4A8E3ABF | 06-26-2022 13:10:14 | Tushy | 11-01-2020 | 11-18-2020 | PA0002272627 |
| 2 | Info Hash: 8250F638FC20893A0B60A732D01F8296EB9A372E<br>File Hash:<br>C0E0EE2941DF630579425C54DBFCC249222D7C1FC059F97E4137027A6C197835 | 06-25-2022 22:52:04 | Blacked | 06-18-2022 | 06-27-2022 | PA0002355032 |
| 3 | Info Hash: 204B1E77C256925B38991A6736197AEB1DC773B2<br>File Hash:<br>A9966A29ABBEAB9744ADBB9FA07C32D3244269C54804B227B7E3F1B81EB95850 | 06-25-2022 22:07:01 | Blacked Raw | 06-11-2018 | 07-09-2018 | PA0002109330 |
| 4 | Info Hash: 817DC38DAFC342D2CB4E93229E49736BEA5677EC<br>File Hash:<br>EE450DF01A6A7BDA1A798BCED95F3330E09A2EC819F226AB2CC1471C4ADD07E7 | 06-25-2022 21:57:38 | Blacked | 01-30-2018 | 03-01-2018 | PA0002079186 |
| 5 | Info Hash: 53FC7EC290722C6733CAB27F065ED79D309A1AE9<br>File Hash:<br>584E3F7E0529E19FFA76EF625FDA3D97BB860E44CA4E98FDD795985F200171F6 | 06-25-2022 05:56:46 | Blacked Raw | 09-20-2021 | 11-11-2021 | PA0002321298 |
| 6 | Info Hash: 534769AE29D3B72B32CE2BEDB8000E4252712A88<br>File Hash:<br>A688419FFC5FDEA22F8AC750694B51CC206ADBA8E332102EBD0F80DFF38E103B | 06-25-2022 05:56:46 | Blacked | 05-28-2022 | 06-27-2022 | PA0002355034 |
| 7 | Info Hash: BB81089EAF05C40CCE481A2F330F02ACB090287C<br>File Hash:<br>0EA61D8C0D5F9949B59F72AEC678DB4A9F5DAEE41068E14543623290A1D53939 | 06-21-2022 23:12:41 | Vixen | 04-15-2022 | 04-23-2022 | PA0002346429 |
| 8 | Info Hash: B1EDE7608353AC629674C063D98C5805C47B0A54<br>File Hash:<br>CB024A1E7CEB51E3DD8A6EFAD07F79A295005892776D287284BA877AE6F1754E | 06-21-2022 22:46:57 | Vixen | 04-08-2022 | 05-20-2022 | PA0002350388 |
| 9 | Info Hash: 8BB2F75802F49EFD75678A239850423D72452F3F<br>File Hash:<br>1688FFDC65F24CFFA8F839CF55DEA19B5162AF79B2B182D1EA31F39F3C208CDE | 01-01-2022 21:10:41 | Blacked | 12-06-2019 | 12-17-2019 | PA0002217665 |
| 10 | Info Hash: DD1F454C5C0C5909112E2BA4108C3893EA102E5F<br>File Hash:<br>46A5F2D7C74BF29D1B5201A849B45D942D9A096CD69D10E07CBBDDB1FE002D9F | 12-22-2021 20:00:53 | Blacked Raw | 11-01-2021 | 11-11-2021 | PA0002321320 |
| 11 | Info Hash: 53C4C9DD82B87997728630F27FC18BDD63A0D4D4<br>File Hash:<br>225268A77C5821083770643271C36B0CDB36C8B5185CA296C5D5C83D16267F10 | 11-30-2021 23:14:59 | Tushy | 12-07-2019 | 12-17-2019 | PA0002217666 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: B1373CF26998265345O3257229313F4136C1FCE5<br>File Hash:<br>6C2E478E1DD73CDD2AB370ECD5FB8D826751C6DB11E90D03DDAD0DA575E11AC5 | 11-17-2021 00:15:45 | Blacked | 11-06-2021 | 11-11-2021 | PA0002321284 |
| 13 | Info Hash: B994E5CB65DAD63AACE3CA0B4A938A196DDC2BAB<br>File Hash:<br>DB6AA7EA5A6B1E8BE9903E0F3E2065D431000200F6BBAA7A7AC55E152E4E81BB | 11-17-2021 00:15:08 | Tushy | 11-07-2021 | 11-11-2021 | PA0002321317 |
| 14 | Info Hash: 0EDEEB3EFB1595EC8FD6F5FF35A07BE00B91E1E8<br>File Hash:<br>3973944F36D613CC8418865FAF957994D12F45845EF626482A808D394DC2BA98 | 10-17-2021 06:16:36 | Vixen | 10-08-2021 | 11-11-2021 | PA0002321269 |
| 15 | Info Hash: 1E88257B5A7E167737FB457C5D93EF92AE972CC2<br>File Hash:<br>75E1D84B466A55D344D92E981136496A0BC2059DC917F25097D78843B838B776 | 10-14-2021 15:00:07 | Blacked | 12-31-2017 | 01-15-2018 | PA0002099700 |
| 16 | Info Hash: 44F643A5684F6EECC6998380F393ED555B40E86B<br>File Hash:<br>FF48C545F677F86B62189CADE048649EE2ED575E2C0CA428C108EFBA1003EE60 | 09-23-2021 02:20:17 | Blacked | 11-01-2017 | 11-27-2017 | PA0002098034 |
| 17 | Info Hash: F49CFB423C700FFFABF4AF9E3288389E90061998<br>File Hash:<br>069E9775F9743E72C39030C655EA1003AAF17DE491536062A8D52B9C041ED7AB | 09-17-2021 20:42:17 | Tushy | 05-16-2021 | 06-09-2021 | PA0002295592 |
| 18 | Info Hash: 21B111C2C0E55073BF7A74326D978AB96278F5D7<br>File Hash:<br>21A2F5F0B5EDC7C3491441B5F1DA2BDDED68CA3587E47D4E854086B2FE4846D5 | 09-17-2021 20:42:11 | Blacked Raw | 02-01-2021 | 02-09-2021 | PA0002276143 |
| 19 | Info Hash: BC31F15E2E0C297593598BD13CE5B4E549674EDD<br>File Hash:<br>B91C4397FE14831EF984CBDF4B599DE2559794FC2A95FB0BD11A86348F40D5B8 | 09-17-2021 20:42:10 | Tushy | 01-31-2021 | 02-09-2021 | PA0002276144 |
| 20 | Info Hash: 9E8381EAB565B293387BC24897D8E214956C7395<br>File Hash:<br>CDE851A4C4E00009D765110B63CDBAA04ACF3675D5EAF00179925B78F946CDB9 | 09-17-2021 20:42:02 | Tushy | 08-01-2021 | 09-30-2021 | PA0002320423 |
| 21 | Info Hash: 79DFFF20AECDA023C36025B3991C6A147DE4E4F9<br>File Hash:<br>9B237157BFA7915EFF40E488846E6ADED443B73FC6F9F3CCACFAE31FA88B7CAA | 07-29-2021 17:17:43 | Blacked Raw | 07-26-2021 | 09-21-2021 | PA0002312675 |
| 22 | Info Hash: 9767CED24A133697D8599AFD1AB50B89C0B04A69<br>File Hash:<br>99FD5720D65BE04534C97160861BD595ED0B696DF3AD194E69266CAA76569567 | 07-29-2021 17:01:37 | Tushy | 07-25-2021 | 08-20-2021 | PA0002312005 |
| 23 | Info Hash: 7411B8A680D3AA86271F1D7A00681E16E38CE678<br>File Hash:<br>9728CBE8EFD108F2C5E587B66159A1487750E73F44E2CD75E01A8AC20C3741BD | 07-29-2021 17:01:26 | Vixen | 06-25-2021 | 08-20-2021 | PA0002312014 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 1D8CB0AB41AE3AA3B66324C74AD2791D17C9D937<br>File Hash: 13EA751357392B5C31B2EF3ACAC4797F1C46121D27253E48AC367ED01A455B78 | 07-29-2021 17:01:25 | Tushy | 06-20-2021 | 08-20-2021 | PA0002312019 |
| 25 | Info Hash: E62624EFAE2E746E56661246C46D7CEEA13F6045<br>File Hash: CC952DBC33DF0757809924B934051E659A671BFFB5191879E4355258EB8F9871 | 05-19-2021 22:53:04 | Tushy | 03-21-2021 | 04-14-2021 | PA0002286723 |
| 26 | Info Hash: E54618D0F31D450D08F63E9C3CA1FD302DB64881<br>File Hash: 94050C50FE687E1D842C2C6B8C57767607BB4D360F3675B5D10636BBB406FF34 | 01-27-2021 17:09:28 | Blacked | 06-24-2017 | 07-07-2017 | PA0002070822 |
| 27 | Info Hash: BEA3F713C85F20F62FE90741A87B482944C52E42<br>File Hash: B17411036635ACD34B48C0B51E31AA65430F64DA388803601FDAB9BC5FAAD43F | 01-27-2021 17:02:27 | Tushy | 07-25-2017 | 08-11-2017 | PA0002046870 |
| 28 | Info Hash: FC61F5A0FC9E1ADADAE044CA864470F5B3C00A31<br>File Hash: 382A31406D529DEB0E8D7A08F2C8892F302CE9D439B604DC840DEEA8C0B81CE2 | 12-15-2020 13:49:11 | Tushy | 07-30-2017 | 08-11-2017 | PA0002075051 |
| 29 | Info Hash: 1FA7743CE74E385E33B6616107DB891F7A99B1EC<br>File Hash: B1BDD4C118336C2456FF31C2BB793B1D1DDA165D55403869C5D0508A0E598D65 | 12-04-2020 17:46:51 | Blacked Raw | 11-13-2018 | 12-10-2018 | PA0002145836 |
| 30 | Info Hash: 394C61DBB1F7AE37235312328E8EA8D997C00B8D<br>File Hash: 353FEF6A78480786CB531A4AFC7F59D196EC18C5E430A53E37FAE917F3E9EE3C | 09-22-2020 17:51:04 | Blacked | 11-06-2019 | 11-15-2019 | PA0002211857 |
| 31 | Info Hash: 38C22CEAD87561E0EAC71E4F2A59E1EEF94F12BE<br>File Hash: 03076FA268AD56E7EC71728F47098AAB5AE90D9439F3107FDCF8BC14F3EDB66A | 09-22-2020 17:41:31 | Blacked | 10-02-2019 | 10-21-2019 | PA0002207747 |
| 32 | Info Hash: DD91540873F098618A5D729B26E8533FFBA85D24<br>File Hash: B16DBB0039283414C291A8D398BD207144DE8D8B2F70986C884B99E69E636D78 | 09-22-2020 17:28:39 | Blacked Raw | 10-04-2019 | 10-21-2019 | PA0002207780 |
| 33 | Info Hash: F491E98F15C829B918E94EDC62F86FC9F5FDF9C8<br>File Hash: 1B3F1DA51F73F9333F96A92475051A292BFACA76CB7EF662457FB18470D95BBC | 09-22-2020 17:22:18 | Blacked | 09-22-2019 | 10-07-2019 | PA0002205469 |
| 34 | Info Hash: 8FFA898B2223F0A11776B90689F0C8CE0ABF0DAB<br>File Hash: 1C9DC840D9E042EFF6A3BEDAC8D901D63DF6BDCCA4A91E0D5C7CF2280CA0D3BB | 09-22-2020 16:58:10 | Blacked | 02-14-2020 | 03-18-2020 | PA0002241448 |
| 35 | Info Hash: 4AEB0503D97319F144CEC22BC0ECE10F8AF80B37<br>File Hash: B334AC1093309FCDBCA1464C864E5345063D24749DDAEB16243A2E7DB95DF198 | 09-22-2020 14:38:06 | Blacked Raw | 05-25-2020 | 06-22-2020 | PA0002245633 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 3C681622E5111A0DF48D7E1B99D43CB7E089F835<br>File Hash: 05CB33754E2EBBA16D082FC2453B2A8B347D18FC94361304717A672C103A9EE6 | 09-20-2020 19:04:14 | Blacked Raw | 02-21-2019 | 04-29-2019 | PA0002170356 |
| 37 | Info Hash: 0F6F8E7DBDD96E830883F2ABA5DCD07DBCA7CC33<br>File Hash: 6E537FB8943B3EDD1670EED5060A3089B9D70D147FD4485D0DF8B5CB360D113A | 09-20-2020 01:56:57 | Vixen | 01-24-2019 | 03-24-2019 | PA0002183209 |
| 38 | Info Hash: 6EC3E645DFBA42CF504E09007DB64ABEB0CE8C3D<br>File Hash: 1BCFA16A494CC4D42D960BEB9D614BADD1D77E2DB58DD977A885EE7A09D8BFA4 | 09-19-2020 22:40:05 | Blacked | 03-06-2019 | 03-31-2019 | PA0002163978 |
| 39 | Info Hash: 04B2A961E29238FF6B883369099B797352DD758C<br>File Hash: 64514C3ADA8986C783DD20246634E1D293CF16AF534743B074040A63D9AECE90 | 09-19-2020 22:33:52 | Blacked | 01-25-2019 | 02-22-2019 | PA0002155136 |
| 40 | Info Hash: CD84E9D7A2D55CE98BE7297A4140C558FDB00AE9<br>File Hash: FA43F1907EEF527306AF185B64AD0C44C270B0112B1BA43234ABC44D921917CD | 09-19-2020 22:33:52 | Blacked | 01-30-2019 | 02-22-2019 | PA0002155138 |
| 41 | Info Hash: F60B075FBE6DA893072AF47991C33F7E8E6E5FA3<br>File Hash: 37445E16E637B3DFE031FD479E4B89D3369324A86DA38EA36A45AF8688DA51B4 | 09-19-2020 16:02:38 | Tushy | 09-18-2019 | 10-01-2019 | PA0002217340 |
| 42 | Info Hash: 254194305771A2DEF077890F3799E6254D15C237<br>File Hash: 3841AF0E91960315C6C622578A0AD2BAAA50A2203C1883D06D262F7651BE460B | 09-19-2020 15:47:29 | Tushy | 09-13-2019 | 10-07-2019 | PA0002205470 |
| 43 | Info Hash: 2D2D935CACC0EE9DF502167EA35F7B91A8AEBF0A<br>File Hash: 46E243A2F03756AC774101B7C8ED871A47A29BA1C5289A176E191D66C452D0CB | 09-18-2020 23:03:33 | Blacked Raw | 12-13-2019 | 01-22-2020 | PA0002234865 |
| 44 | Info Hash: 33F94195AFEDA778091F28D56591F3AE14EDB866<br>File Hash: E514A61C7ACA9543460A99216ABD9BE7C466A6CDDCC9783A4F996E2548240887 | 09-18-2020 13:26:06 | Blacked Raw | 02-21-2020 | 03-18-2020 | PA0002241534 |
| 45 | Info Hash: 10D79E06573B7390379B567DBB92AB9A79E90943<br>File Hash: 40208A840292C997ED3725A15D4EBBECB53E1EF4ED1F21F7E398BCD2A6A3C443 | 09-18-2020 13:26:06 | Tushy | 02-20-2020 | 03-18-2020 | PA0002241623 |
| 46 | Info Hash: E1BE70247F577325171B575345E5401BA627CE46<br>File Hash: 2621A5EE4373A526C5F54686C1CEC6E92CC69B6B2B7FE78AF3DF2068B311DB2E | 09-06-2020 17:26:52 | Blacked Raw | 08-24-2020 | 09-05-2020 | PA0002255474 |
| 47 | Info Hash: 8CA08828C25D05145AA69C51BFCD2891F9CE7066<br>File Hash: 9419A554483D17AA047E538B745DAF56BF15D37674E85F9832D3F60F94F81D6B | 09-06-2020 17:14:53 | Blacked | 08-29-2020 | 09-05-2020 | PA0002255478 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 623664DB91C56CCBDD3B77BADAE7AF7D76D9A817<br>File Hash:<br>AC6A01BCA8A5640B192D798D3755118DDB5674092C473B0C6B240BC911A87336 | 09-06-2020 17:14:47 | Tushy | 08-30-2020 | 09-05-2020 | PA0002255477 |
| 49 | Info Hash: 3C6AB1B3521208CFB51C024E2A203C0C7CF81944<br>File Hash:<br>DE54F58E5818C41CB82827CC9288D56D371B10A336AAD9D2CEAF51A5BC03677A | 08-30-2020 15:22:03 | Blacked | 11-25-2019 | 12-09-2019 | PA0002216262 |
| 50 | Info Hash: 20861D1CFB76E8A75CBAD1AD1B9D1BD9B2BDF151<br>File Hash:<br>676290861BE41F9B9E155BE4CD5FA5F962A2EC3A25716EEF37B233070A387197 | 08-30-2020 14:49:09 | Blacked | 09-27-2018 | 11-01-2018 | PA0002143428 |
| 51 | Info Hash: 95F872C95CEC2C7CDC9733252FB09ADF3ACAED31<br>File Hash:<br>97D48AC8A803850BDFFEA95C969AF9339AF687EF5AFE6925888177365B02100C | 08-30-2020 02:55:01 | Tushy | 09-28-2018 | 10-16-2018 | PA0002127781 |
| 52 | Info Hash: 664EE12160D3921C7DE95C16999DE82E95FA7741<br>File Hash:<br>5BC50C41E3D54DE71FF18DC908699C01E6CA90AF06A08C4C1FA916F90A6DAE6D | 08-29-2020 22:17:43 | Tushy | 01-31-2018 | 02-20-2018 | PA0002104182 |
| 53 | Info Hash: E0F3D26D0FF6423580E8A4442C01C6D08B6D0CB3<br>File Hash:<br>E2D262EA08DD8312B70869775BAAC8C5A2C74D4060781ED78CC5230E69221FE3 | 08-28-2020 21:41:48 | Blacked Raw | 06-22-2020 | 07-16-2020 | PA0002248579 |